# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RENE F. FERNANDEZ,<br>     Appellant,<br>   vs.<br>THE STATE OF NEVADA,<br>     Respondent. | No. 77255<br><br>**FILED**<br><br>NOV 1 5 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>  DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to amend judgment of conviction pursuant to NRCP Rule 59(e)." Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

This court's review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from an order denying a motion to amend a judgment of conviction pursuant to NRCP 59(e) in a criminal matter. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Further, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we

ORDER this appeal DISMISSED.

            _____, J.
            Cherry

_____, J.
Parraguirre

            _____, J.
            Stiglich

18-904749

cc: Hon. Douglas Smith, District Judge
Rene F. Fernandez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk